UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GERMANI CANNADY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DISTRICT COURT, et al.<br><br>Defendants. | Case No.: 2:21-cv-00393-GMN-EJY<br><br>**ORDER** |

On March 9, 2021, *pro se* Plaintiffs filed a Complaint with the Clerk of the Court to commence a civil action in this Court. ECF No. 1-1 at 2.

Plaintiffs have neither paid the $400 filing fee for this matter nor filed applications to proceed *in forma pauperis*, which each must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he/she wishes to proceed without paying the mandatory filing fee. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."

The Court shall retain Plaintiffs' Complaint (ECF No. 1-1), but the Court will not file the Complaint unless and until Plaintiffs timely pay the $402 filing fee or each files a complete application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall retain Plaintiffs' Complaint (*id.*) but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of Court shall send each Plaintiff the approved application to proceed *in forma pauperis* by a non-prisoner form, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) court days** from the date of this Order, (1) each Plaintiff shall file a fully complete application to proceed *in forma pauperis*, on the correct form, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) the Plaintiffs shall collectively pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that a failure to comply with this Order may result in a recommendation to dismiss this case.

DATED THIS 10th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE