UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERMANI CANNADY, et al., | Case No. 2:21-cv-00393-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES DISTRICT COURT, et al., | |
| Defendants. | |

  Before the Court is Plaintiff's Motion to Request Jurisdiction Stay in the District of Nevada (ECF No. 14) and Motion to Extend Time (ECF No. 15). Both Motions were file on July 27, 2021. On July 6, 2021, the Court adopted the Report and Recommendation to transfer this matter to the District of Colorado. ECF No. 11. The civil case in the District of Nevada was terminated on that date. On July 16, 2021, the transmittal of the case to the District of Colorado was completed. Thus, this case is now pending in Colorado.

  Accordingly, Plaintiff's Motion to Request Jurisdiction Stay in the District of Nevada (ECF No. 14) and Motion to Extend Time (ECF No. 15) are DENIED as moot.

  Dated this 27th day of July, 2021.

                        _____
                        ELAYNA J. YOUCHAH
                        UNITED STATES MAGISTRATE JUDGE